AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF _MASSACHUSETTS_

UNITED STATES OF AMERICA

V.

_JONAH ADELMAN_

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER:

_2004M0499RBC-01_

I, _JONAH ADELMAN_ , charged in a ☑ complaint ☐ petition

pending in this District _possession of oxycodone_

in violation of _21_ , U.S.C., _846_ ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☐ hearing , do hereby waive (give up) my right to a preliminary ☑ examination ☑ hearing.

_____
Date

_____
Defendant

_____
Counsel for Defendant