AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____MASSACHUSETTS_____

## APPEARANCE

Case Number: 2004 M - 0499 - 01 RBC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

*Jonah Adelman*

I certify that I am admitted to practice in this court.

_10-22-04_
Date

_[signature]_
Signature

Joshua D. Werner    52299
Print Name          Bar Number

944 Washington ST
Address

Easton        MA        02375
City          State     Zip Code

508-238-7853        238-2036
Phone Number        Fax Number

OCT 22 2004