

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 04 10370 RGS |
| v. | 21 U.S.C. § 846 – Conspiracy to Distribute and to Possess with Intent to Distribute Oxycodone |
| 1. RYAN MARTIN, <br> 2. NICHOLAS ZACCARO, <br> 3. JONAH ADELMAN and <br> 4. ENRICO BOTTA, <br><br> Defendants. | 21 U.S.C. § 841(a)(1) and 18 U.S.C. §2 Possession with Intent to Distribute and Distribution of Oxycodone <br><br> 18 U.S.C. § 1512(b)(3) – Tampering with a Witness <br><br> 21 U.S.C. § 853 – Criminal Forfeiture |

## INDICTMENT

**COUNT ONE:**     (21 U.S.C. § 846 – Conspiracy to Distribute Oxycodone)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or about August 2002 and continuing thereafter until in or about November 2004, at Boston and elsewhere in the District of Massachusetts,

1. RYAN MARTIN,
2. NICHOLAS ZACCARO,
3. JONAH ADELMAN and
4. ENRICO BOTTA,

the defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury to possess with intent to distribute and

to distribute oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.


**COUNT TWO:**     (21 U.S.C. § 841(a)(1)–Possession with Intent to Distribute and Distribution of Oxycodone and Aiding and Abetting Same)

The Grand Jury further charges that:

In or about August 2004, in Waltham, in the District of Massachusetts,

### 1. RYAN MARTIN

defendant herein, did knowingly and intentionally possess with intent to distribute and distribute oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT THREE:**    (21 U.S.C. § 841(a)(1) – **Possession with Intent to Distribute and Distribution of Oxycodone and Aiding and Abetting Same**)

The Grand Jury further charges that:

In or about October 2004, in Boston, in the District of Massachusetts,

### RYAN MARTIN

defendant herein, did knowingly and intentionally possess with intent to distribute and distribute oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT FOUR:** (21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute and Distribution of Oxycodone and Aiding and Abetting Same)

The Grand Jury charges that:

On or about November 16, 2004, in Boston, in the District of Massachusetts,

### NICHOLAS ZACCARO

defendant herein, did knowingly and intentionally possess with intent to distribute and distribute oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT FIVE:**     **(18 U.S.C. §1512(b) – Witness Tampering)**

The Grand Jury charges that:

On or about October 31, 2004 and in or about November 2004, in Boston, Worcester and elsewhere, in the District of Massachusetts,

### 1. RYAN MARTIN

defendant herein, did knowingly and intentionally use intimidation, threaten and corruptly persuade another person, and attempt to do so, and engage in misleading conduct toward another person, with intent to hinder, delay and prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission and possible commission of a federal offense.

All in violation of Title 18, United States Code, Section 1512(b)(3).

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further charges that:

1. As to the offenses charged in Counts One, Two and Three of this indictment and relevant conduct as described in USSG § 1B1.3, Defendant RYAN MARTIN is accountable for an amount of oxycodone which is the equivalent to at least 100 kilograms but not more than 400 kilograms of marijuana. Accordingly, USSG §2D1.1(c)(7) applies to this defendant.

2. As to the offense charged in Count One of this indictment and relevant conduct as described in USSG § 1B1.3, Defendant ENRICO BOTTA is accountable for an amount of oxycodone which is the equivalent to at least 100 kilograms but not more than 400 kilograms of marijuana. Accordingly, USSG § 2D1.1(c)(7) applies to this defendant.

3. As to the offense charged in Count One of this indictment and relevant conduct as described in USSG §1B1.3, Defendant JONAH ADELMAN is accountable for is responsible for an amount of oxycodone which is the equivalent to at least 100 kilograms but not more than 400 kilograms of marijuana. Accordingly, USSG §2D1.1(c)(7) applies to this defendant.

4. As to the offenses charged in Counts One and Four of this indictment and relevant conduct as described in USSG §1B1.3, Defendant NICHOLAS ZACCARO is accountable for an amount of oxycodone which is the equivalent to at least 100 kilograms but not more than 400 kilograms of marijuana. Accordingly, USSG §2D1.1(c)(7) applies to this defendant.

5. As to the offenses charged in Counts One, Two and Three of this indictment, Defendant RYAN MARTIN willfully obstructed and impeded and attempted to obstruct and impede the administration of justice during the course of the investigation, prosecution or sentencing of the instance offenses and the obstructive conduct related to the defendant's offenses and any relevant

conduct and any closely related offense. Accordingly, USSG §3C1.1 applies to this defendant.

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts One through Four of this Indictment,

> 1. **RYAN MARTIN**,
> 2. **NICHOLAS ZACCARO**,
> 3. **JONAH ADELMAN** and
> 4. **ENRICO BOTTA**,

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants –

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

**A TRUE BILL**

*/s/ [signature]*
FOREPERSON OF THE GRAND JURY

*/s/ [signature]*
NANCY RUE
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; Dec. 15, 2004.

Returned into the District Court by the Grand Jurors and filed.

*/s/ [signature]*
DEPUTY CLERK
@ 3:05 PM
12/15/04

≪JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**    04 CR 10370 RGS    U.S. District Court - District of Massachusetts

Place of Offense: __Massachusetts__    Category No. __II__    Investigating Agency __DEA__

City __Boston__

County __Suffolk__

Related Case Information:
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    __04-0499; 527; 528; 530-RBC__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Ryan Martin__    Juvenile  ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date (Year only): __1976__   SSN (last 4 #): ____   Sex: __m__   Race: __w__   Nationality: __USA__

**Defense Counsel if known:** _____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Nancy Rue__    Bar Number if applicable _____

Interpreter:   ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as __11/24/04__ in __USMS__.
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by __MJ Collings__    on _____

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment
Total # of Counts:   ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony __4__

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __12/15/04__    Signature of AUSA: _[signature]_

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse   **04CR10370RGS**

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Ryan Martin

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 841(a)(1) & 846 | conspiracy to distribute oxycodone | 1 |
| Set 2 | 841(a)(1) | distribution of oxycodone | 2, 3 |
| Set 3 | 18 USC 1512(b)(3) | obstruction of justice/threats to witness | 5 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

♦JS 45  (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Massachusetts    **Category No.** II    **Investigating Agency** DEA

**City** Boston    **Related Case Information:**

**County** Suffolk    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    04-0499; 527; 528; 530-RBC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Nicholas Zaccaro    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): 1980   SSN (last 4 #): 8720   Sex m   Race: w   Nationality: USA

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Nancy Rue    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:   ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony  2

**Continue on Page 2 for Entry of U.S.C. Citations**

☐  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/15/04    Signature of AUSA: _____

℠JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Nicholas Zaccaro

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 841(a)(1) & 846 | conspiracy to distribute oxycodone | 1 |
| Set 2 | 841(a)(1) | distribution of oxycodone | 4 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Massachusetts  **Category No.** II  **Investigating Agency** DEA

**City** Boston  **Related Case Information:**

**County** Suffolk
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant ████
Magistrate Judge Case Number   04-0499; 527; 528; ████
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Jonah Adelman   **Juvenile** ☐ Yes  ☒ No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** 1979  **SSN (last 4 #):** 2140  **Sex** m  **Race:** w  **Nationality:** USA

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Nancy Rue   **Bar Number if applicable** _____

**Interpreter:** ☐ Yes  ☒ No   **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  MJ Cohen  on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/15/04   **Signature of AUSA:** _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Jonah Adelman

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 841(a)(1) & 846 | conspiracy to distribute oxycodone | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

§JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Massachusetts   **Category No.** II   **Investigating Agency** DEA

**City** Boston           **Related Case Information:**

**County** Suffolk        Superseding Ind./ Inf. _____   Case No. _____
                          Same Defendant _____   New Defendant _____
                          Magistrate Judge Case Number   04-0499; 527; 528; 530-RBC
                          Search Warrant Case Number _____
                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Enrico Botta              Juvenile  ☐ Yes  ☒ No

Alias Name   _____

Address   _____

Birth date (Year only): 1979   SSN (last 4 #): 6162   Sex m   Race: w   Nationality: USA

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Nancy Rue       Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No       List language and/or dialect: _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

☐ Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment
Total # of Counts:   ☐ Petty   ☐ Misdemeanor   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  12/15/04       Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Enrico Botta

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  841(a)(1) & 846 | conspiracy to distribute oxycodone | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**