US District Court
District of Massachusetts

R. COLLINGS
MAGISTRATE JUDGE
DEC 22 2004
UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

US v. Martin et al

Criminal Action
04CR10370-RGS

## Motion to Unseal

ALLOWED
@ BUMC
(cuny)
DEC 22 2004

On 10/14/04 a complaint was issued charging defendants w/ drug violations

On 11/9/04 a complaint was filed against Martin Ryan

On 11/23/04 a complaint was filed against Nicholas Ziccaro

On 11/24/04 the Government filed a motion to seal the complaints against Ryan & Ziccaro. The motion was "allowed only to the extent that the affidavits in support of the complaint be sealed; otherwise Denied."

(5) One month has passed since seeing of the affidavits

Wherefore, I, in tention of the N.E. News Service request that the court order the unsealing of affidavits in the case

[signature]
NE News Svc,
68 Alexander Rd,
Newton, MA 02461
Phone: 617/969-4102