# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

        V.                        CRIMINAL NO. 2004-10370-RGS

RYAN MARTIN,
NICHOLAS ZACCARO,
JONAH ADELMAN,
ENRICO BOTTA,
    Defendants.

## ORDER

COLLINGS, U.S.M.J.

Upon the allowance of the Motion to Unseal filed by New England News

Service, it is ORDERED that the Affidavits in Support of the Criminal

Complaints which were filed on October 14, 2004, November 9, 2004 and

November 23, 2004 against the above-named defendants be, and the same

hereby are, UNSEALED.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: December 22, 2004