# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

       v.                       CRIMINAL NO. 2003-10370-RGS

RYAN MARTIN,
NICHOLAS ZACCARO,
JONAH ADELMAN,
ENRICO BOTTA,
         Defendants.

## *REPORT AFTER*
## *INITIAL STATUS CONFERENCE*
## *PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

An Initial Status Conference was held on February 16, 2005; counsel for the defendants or stand-in counsel were present.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)    No.

(2)    The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for

defendant *not less than forty-five (45) working days before trial;* the defendant shall comply with his reciprocal obligations respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than twenty (20) working days before trial.*

(3)     No.

(4)     Any non-discovery type motions shall be filed *on or before the close of business on Monday, March 31, 2005;* the Government shall file its response/opposition within the time provided in the Local Rules.

(5)     *See* Order of Excludable Delay entered this date.

(6)     A trial will probably be necessary as to defendant Martin; probably not as to the other defendants.

(7)     The Final Status Conference is set for *Wednesday, April 6, 2005 at 11:30 A.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)     *See* ¶¶ (1)-(4), *supra*.

(2)     It does not.

(3)     None.

(4)     *See* Order of Excludable Delay entered this date.

(5)     Not applicable.

*/s/ Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge

February 16, 2005.