# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

      v.                          CRIMINAL NO. 2003-10370-RGS

RYAN MARTIN,
NICHOLAS ZACCARO,
JONAH ADELMAN,
ENRICO BOTTA,
      Defendants.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

12/15/2004 - Indictment returned.

12/16/2004 - Arraignment (Zaccaro)

12/17/2004 - 1/14/2005 - Excluded as per L.R. 112.2(A)(2)

12/21/2004 - Arraignment (Adelman)

12/22/2004 - 1/19/2005 - Excluded as per L.R. 112.2(A)(2)

12/23/2004 - Arraignment (Botta)

12/24/2004 - 1/16/2005 - Excluded as per L.R. 112.2(A)(2)

1/7/2005 - Arraignment (Martin)

1/8 - 2/4/2005 - Excluded as per L.R. 112.2(A)(2) (Martin)

1/16/2005- Conference held.

1/17 - 3/31/2005 -   Excluded as per 18 U.S.C. § 3161(h)(1)(4F).

Thus, as of March 31, 2005, TWELVE (12) non-excludable days will have occurred leaving FIFTY-EIGHT (58) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

February 16, 2005.