# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 2004-10370-RGS-03
                                                                                         -04

JONAH ADELMAN,
ENRICO BOTTA,
    Defendants.

## ORDER RETURNING CASE TO DISTRICT JUDGE FOR CHANGE OF PLEAS

COLLINGS, U.S.M.J.

    The Court has been informed the defendants intend to plead guilty to the charge(s) contained in the Indictment.

    ACCORDINGLY, THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE STEARNS' SESSION.

    The Clerk shall enter on the docket the fact that the case "is no longer

referred to Magistrate Judge Collings."

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: April 6, 2005.