Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

*FILED IN OPEN COURT 9-20-05*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. _04-13370-RGS |
| ) | |
| JONAH ADELMAN ) | |

## WAIVER OF INDICTMENT

I, **JONAH ADELMAN**, the above-named defendant, who is accused of knowingly and intentionally conspiring to distribute, and knowingly and intentionally distributing, and possessing with intent to distribute a Schedule II controlled substance, namely, oxycodone, in violation of 21 U.S.C. §841(a)(1), being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on September 20 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Jonah Adelman

_____
Elliot Weinstein, Esq.
Counsel for the Defendant

Before: _____
Hon. Richard G. Stearns