UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.    Cr. No. 04-10370-RGS

JONAH ADELMAN

MOTION TO SEAL PLEADINGS

Defendant Jonah Adelman, by his attorney, moves that the Court seal the enclosed pleading and attachments.

JONAH ADELMAN
By his attorney,

Elliot M. Weinstein
BBO #520400
83 Atlantic Avenue
Boston, MA 02110
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

June 5, 2006