| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 04-10370 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Jonah Adelman<br>1000 Elm Street, 6th Floor<br>Pelham, NH | DISTRICT OF MASSACHUSETTS | Criminal, D/MA, Boston |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Richard G. Stearns | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 6/13/06 — TO 6/12/09 |

**OFFENSE**

Conspiracy to Distribute Oxycodone, 21 USC 846
Possession With Intent to Distribute & Distribution of Oxycodone, 21 USC 841(a)(1)
Aiding and Abetting, 18 USC 2

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the New Hampshire upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_7-7-06_
Date

_[signature]_ Richard G. Stearns
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of New Hampshire

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_7/20/06_
Effective Date

_[signature]_
United States District Judge



rec'd 8/2/06

# MEMORANDUM

To: Mary Johnson, Courtroom Clerk for
The Honorable Richard G. Stearns
U.S. District Judge

From: Tracy J. Weisberg
U.S. Probation Officer Assistant

Re: ADELMAN, Jonah
Docket #: 04-10370
***Transfer of Jurisdiction***

Date: August 2, 2006

---

Enclosed please find properly executed PF-22 signed by the District of New Hampshire agreeing to accept jurisdiction of this case as of July 20, 2006.

Please forward all the necessary papers to the Clerk of that Court, 55 Pleasant Street, Room 110, Concord, NH 03301, in order to complete this transaction.

Thank you.

/tw