OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
I Courthouse Way - Suite 2300
Fan Pier
Boston, Massachusetts 02210

**Sarah Allison Thornton**
**Clerk**

Mary H. Johnson
Deputy Clerk
to the Honorable
Richard G. Stearns
U.S.D.J.

August 9, 2006

**Clerk**
**U. S. District Court for the District of New Hampshire**
**55 Pleasant St.**
**Room 110**
**Concord, New Hampshire   03301**

       RE: UNITED STATES V. JONAH ADELMAN
            CRIMINAL NO. 04-10370-RGS

Dear Sir/Madam:

    Pursuant to the acceptance of jurisdiction to the District of New Hampshire of the above-named defendant, signed by your Court on 7-20-06, enclosed please find CERTIFIED copies of the following pleadings:

1. Copy of Superseding Information;
2. Copy of Waiver of Indictment;
3. Copy of Plea Agreement;
4. Copy of Judgment and Commitment Order;
5. Copy of Docket Sheet

    If you require any further assistance in this matter, please do not hesitate to contact me at 617-748-9162.

                                             SARAH ALLISON THORNTON
                                             Clerk

                By:
                                    Mary H. Johnson
                                    Deputy Clerk to Stearns, D.J.

cc:   Nancy Rue, Assistant U. S. Attorney; Elliot Weinstein, Esq., Tracy Weisberg, U. S. Probation Department for the District of Massachusetts.